UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § |
| v. | § CASE NUMBER 4:25-CR-00210-JDK <br> § <br> § |
| PEYTON AMBROSE PASCHALL (4) | § <br> § |

**ORDER OF DETENTION**

The court held a hearing to consider the matter of Defendant's detention pending trial. Defendant waived their right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to her re-raising the issue of pretrial detention if circumstances change.

Signed December 12, 2025.

_____
BOONE BAXTER
UNITED STATES MAGISTRATE JUDGE