IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 4:25-cr-00210-JDK-JDL-6 |
| | § | |
| JAMIE LEE BLOYS (6) | § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

Having considered Defendant's Unopposed Motion to Continue Revocation Hearing filed by Defendant, the Court finds that the motion shall be GRANTED.

The Court finds granting Defendant's motion shall serve the ends of justice and does not prejudice the defendant's or public interest in a speedy trial. The Court finds granting Defendant's motion will not likely make continuation of such proceedings impossible or result in the miscarriage of justice. The Court finds there is just cause to grand Defendant's motion.

The Court ORDERS the bond revocation hearing currently scheduled for February 23, 2026, be rescheduled for March 24, 2026, at 9:30 a.m., before United States Magistrate Bill Davis at the Plano Courthouse, Room 108.

SIGNED this _20_ day of _____February_____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE