CLOSED

# U.S. District Court
# Northern District of Texas (Abilene)
# CRIMINAL DOCKET FOR CASE #: 1:26−mj−00012−BU−1

Case title: USA v. Bloys

Date Filed: 02/26/2026

Date Terminated: 02/26/2026

Assigned to: Magistrate Judge John R. Parker

**Defendant (1)**

**Lonnie Bloys**
*TERMINATED: 02/26/2026*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 from the Eastern District of Texas 18 U.S.C. § 3142(c) Violation for Action on Conditions of Pretrial Release | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Whitney James**<br>U.S. Attorney's Office<br>500 Chestnut Street<br>Suite 601<br>Abilene, TX 79602<br>325−271−6700<br>Email: whitney.ohlhausen@usdoj.gov<br>*LEAD ATTORNEY* |

Case 4:25-cr-00210-JDK-JDL   Document 112   Filed 02/26/26   Page 2 of 4 PageID #:
Case 1:26-mj-00012-BU   Document 6   Filed 02/26/26   Page 2 of 4   PageID 7
296

*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2026 | 1 | Rule 5 from the Eastern District of Texas as to Lonnie Bloys (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Entered: 02/26/2026) |
| 02/26/2026 | 2 | Copy of Warrant provided by FBI as to Lonnie Bloys. (mcrd) (Entered: 02/26/2026) |
| 02/26/2026 | 3 | ELECTRONIC ORDER as to Lonnie Bloys: Initial Appearance – Rule 5 set for 2/26/2026 at 10:00 AM in US Courthouse, Courtroom 2000, 341 Pine St., Abilene, TX 79601–5928 before Magistrate Judge John R. Parker. (Ordered by Magistrate Judge John R. Parker on 2/26/2026) (mcrd) (Entered: 02/26/2026) |
| 02/26/2026 | 4 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge John R. Parker: Initial Appearance as to Lonnie Bloys held on 2/26/2026. Date of Arrest: 2/26/2026. Defendant read violations of pretrial release. Order to be entered transferring the defendant to the Eastern District of Texas. Defendant remanded to custody. Attorney Appearances: AUSA – Jeff Haag; Defense – Russell Lorfing's office. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (Interpreter None.) (USPO Doran.) (mcrd) (Entered: 02/26/2026) |
| 02/26/2026 | 5 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Lonnie Bloys. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Eastern District of Texas. (Ordered by Magistrate Judge John R. Parker on 2/26/2026) (mcrd) (Entered: 02/26/2026) |

Case 4:25-cr-00210-JDK-JDL    Document 112    Filed 02/26/26    Page 3 of 4 PageID #:
Case 1:26-mj-00012-BU    Document 6    Filed 02/26/26    Page 3 of 4    PageID 8
297

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Magistrate Docket No.: 1:26-MJ-00012-BU |
| | § | Docket No. in Charging District |
| | § | 4:25CR210 |
| | § | |
| v. | § | |
| | § | |
| | § | Eastern District of Texas |
| LONNIE BLOYS (1) | § | |
| | § | |

### REPORT AND ORDER ON PROCEEDINGS UNDER RULE 5(c)(3)

The defendant is charged in the above-referenced district with the offense 18 U.S.C. § 3142(c) Violation for Action on Conditions of Pretrial Release. Having been arrested in this district on a warrant issued on charges in a different district, the defendant appeared before the undersigned who advised the defendant of the following subjects, ensured that the defendant understood each, and ensured that any waivers by the defendant of rights to hearings in the district of arrest were knowingly and voluntarily given:

- ☑ The defendant was advised of the CHARGE(S) against the defendant. Rule 5(d)(1)(A).

- ☑ The defendant was advised of his/her RIGHTS, including the right to retain or request court-appointed counsel, the right to silence, and the right of non-United States citizens to have a consular officer from the defendant's county of nationality notified of his/her arrest. Rule 5(d)(1)(B), (E), (F).

- ☐ The undersigned informed the defendant of the circumstances under which the defendant's prosecution may be TRANSFERRED from the district where the charges are pending to the district of arrest, as provided for in Rule 20. Rule 5(c)(3)(A).

- ☑ The undersigned FINDS that the government has produced the WARRANT for defendant's arrest, a certified copy of the warrant, or a reliable electronic form of the warrant. Rule 5(c)(3)(B).

Case 4:25-cr-00210-JDK-JDL   Document 112   Filed 02/26/26   Page 4 of 4 PageID #:
Case 1:26-mj-00012-BU   Document 6   Filed 02/26/26   Page 4 of 4   PageID 9
298

☐ A PRELIMINARY HEARING under Rule 5.1 in the district of arrest:

N/A

    ☐ is not necessary because the defendant is charged by indictment.
    ☐ has been waived by the defendant but reserved in the charging district.
    ☐ has been waived by the defendant in both the district of arrest and the charging district.
    ☐ has been requested by the defendant to be held in the district of arrest and is set for: _____. Rule 5(c)(3)(C).

☐ For purposes of the defendant's IDENTITY, the undersigned FINDS that:

    ☒ the defendant is the same person named in the indictment, information, or warrant because the defendant admits that he is the same person and waived an identity hearing.
    ☐ an identity hearing has been requested by the defendant and is set for: _____. Rule 5(c)(3)(D)(ii).

☐ A DETENTION HEARING in the district of arrest:

    ☐ is not necessary because the government is not seeking detention.
    ☒ has been waived by the defendant but reserved for the charging district.
    ☐ has been waived by the defendant in both the district of arrest and the charging district.
    ☐ is moot because the defendant is in state or ICE **custody**.
    ☐ has been requested by the defendant and is set for: _____. Rule 5(d)(3).

It is ORDERED that the defendant must:

☒ remain in custody of the United States Marshal and transferred to the United States Marshal for the charging district, or to any other officer authorized to receive the defendant.

☐ remain in custody of the United States Marshal pending the hearings scheduled above and delivered to Court at that time and place.

☐ be released, subject to the Order Setting Conditions and Appearance Bond of this date.

ORDERED this 26th day of February, 2026.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

4