# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No.  4:25-CR-00210-JDK-JDL-7 |
| | § | |
| JESUS SANCHEZ | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION:**

**COMES NOW** MATTHEW TOBACK, and enters his appearance as lead counsel on behalf of JESUS SANCHEZ, Defendant.

Respectfully submitted,

/s/ Matthew Toback
**MATTHEW TOBACK**
State Bar No.: 24003266
Toback & Associates
330 S. Riverfront Blvd.
Dallas, Texas 75207
(214) 720-9233
(214) 752-4656 Facsimile

Notice of Appearance of Counsel

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the forgoing document was forwarded to

ERIC ERLANDSON, attorney for the United States on this the 4th day of March, 2026 by filing

with the ECF system.


<u>/s/ Matthew Toback</u>
  MATTHEW TOBACK

Notice of Appearance of Counsel