# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | § Case No. 4:25-CR-00210-JDK-JDL-7 |
| | § |
| **JESUS SANCHEZ** | § |

### NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION:**

    **COMES NOW** DANE HARBOUR, and enters his appearance as co-counsel on behalf of JESUS SANCHEZ, Defendant.

    Respectfully submitted,

/s/ Dane Harbour
**DANE HARBOUR**
State Bar No.: 24090868
Toback & Associates
330 S. Riverfront Blvd.
Dallas, Texas 75207
(214) 720-9233
(214) 752-4656 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document was forwarded to ERIC ERLANDSON, attorney for the United States on this the 4th day of March, 2026 by filing with the ECF system.

/s/ Dane Harbour
DANE HARBOUR