

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**DIVISION**

MAR 0 5 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § § § | CASE NUMBER: 4:25-CR-210-JDK |
| **JESUS SANCHEZ (7)** | § § | |

## O R D E R

This case is set for **Pretrial Conference** on **MONDAY, APRIL 20, 2026 at 1:30pm. Jury Selection and Trial set on MONDAY, APRIL 27, 2026 at 9:00am** before United States District Judge **Jeremy D. Kernodle** at the Sherman Annex in Sherman, Texas.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **MONDAY, MARCH 30, 2026** at **12:00pm.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause for the delay.

So ORDERED and SIGNED this 5th day of March, 2026.

Bill Davis
United States Magistrate Judge