AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:25cr210-6-JDK-JDL |
| Jamie Lee Bloys | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jamie Lee Bloys,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:3142(c)  Violation for Action on Conditions of Pretrial Release

Date: 12/29/2025

City and state: Sherman, TX

David A. O'Toole
*Issuing officer's signature*

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 02/10/2026, and the person was arrested on *(date)* 02/11/2026
at *(city and state)* Brady, TX.

Date: 02/11/2026

*Arresting officer's signature*

Christopher R. Faidley, FBI Special Agent
*Printed name and title*