# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>JESUS SANCHEZ (7)<br>aka "Peso"<br><br>Defendant | )<br>)  Case No.  4:25cr210-JDK-JDL<br>)<br>)<br>)<br>)<br>1:55 pm Feb 12, 2026<br>**RECEIVED**<br>**EASTERN DISTRICT OF TEXAS** |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JESUS SANCHEZ (7) aka "Peso"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1-21 U.S.C. § 846 -Conspiracy to Distribute or Possess with Intent to Distribute or Dispense Methamphetamine

Date:   02/11/2026

City and state:   Sherman, Texas

*David A. O'Toole*
*Issuing officer's signature*

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 02/11/26, and the person was arrested on *(date)* 03/03/26
at *(city and state)* Dallas, TX

Date: 03/03/26

#125
*Arresting officer's signature*

TFO J. Ricketts
*Printed name and title*