**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:25-CR-00210-JDK/JDL |
| | § | |
| MATTHEW KEITH MCBRIDE (1) | § | |
| CURTIS LEE STROMME (2) | § | |
| CLINTON RAY ELLIS (3) | § | |
| PEYTON AMBROSE PASCHALL (4) | § | |
| LONNIE LEE BLOYS (5) | § | |
| JAMIE LEE BLOYS (6) | § | |

**ORDER GRANTING DEFENDANTS'
MOTIONS FOR CONTINUANCE**

Before the Court are Defendant Jamie Lee Bloys's Unopposed Motion for Continuance (Docket No. 136) and Defendant Clinton Ray Ellis's Agreed Motion to Continue (Docket No. 137). The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendants' requests are made knowingly, intelligently, and voluntarily.

2. The Government does not oppose the motions.

3. The ends of justice served by granting Defendants' requests outweigh the best interest of the public and Defendants in a speedy trial.

4. The continuance is required to assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.

The period of delay due to the motions for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable

time under the Speedy Trial Act.

IT IS THEREFORE ORDERED that Defendants' Motions for Continuance are GRANTED and the case is hereby CONTINUED and RESET as to Matthew Keith McBride, Curtis Lee Stromme, Clinton Ray Ellis, Peyton Ambrose Paschall, Lonnie Lee Bloys, and Jamie Lee Bloys, as follows:

The **Pretrial Conference** is reset for **July 20, 2026 at 1:30 p.m.**, at which time dates for **Jury Selection** and **Trial** will be determined.

The following deadlines shall apply in this case.

| | |
|---|---|
| Pretrial Motions Deadline: (except Motions for Continuance) | **June 22, 2026** |
| Deadline to file Motion to Continue or notify Court of plea agreement: | **June 29, 2026 by 12:00 p.m.** |

Should the parties desire a specific date for a jury trial, a motion for special setting should be filed.

So **ORDERED** and **SIGNED** this **26th** day of **May, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE