**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-CR-210** |
| | § | |
| | § | |
| **CLINTON RAY ELLIS (3)** | § | |

**ORDER ON AGREED MOTION TO CONTINUE AND INCORPORATED BRIEF IN SUPPORT THEREOF**

On this day came for consideration Defendant's Agreed Motion to Continue and Incorporated Brief in Support Thereof, and this Court, having considered said motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that the foregoing motion is GRANTED and that Defendant's pretrial conference be continued to the _______ day of ____________________, 2026.