IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:25CR210 |
| v. | § | Judge Kernodle |
| | § | |
| MATTHEW KEITH MCBRIDE (1) | § | |

## FACTUAL BASIS IN SUPPORT OF PLEA AGREEMENT

The defendant, **Matthew Keith McBride**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant **Matthew Keith McBride**, who is changing his plea to guilty, is the same person charged in the Indictment.

2. That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Matthew Keith McBride**, and at least one other person, made an agreement to commit the crime charged in Count One of the Indictment; to knowingly and intentionally distribute and possess with the intent to distribute methamphetamine.

4. The overall scope of the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

5. That **Matthew Keith McBride** knew that the amount involved during the term of the conspiracy was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more

of methamphetamine (actual). This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Matthew Keith McBride** knew the unlawful purpose of the agreement and joined in it with the intent to further it and in so doing, committed the following acts, among others: That from in or about January 2025, up to on or about October 15, 2025, in the Eastern District of Texas and elsewhere, **Matthew Keith McBride** conspired with others, to distribute and possess with the intent to distribute at least 4.5 kilograms of methamphetamine (actual).

7. That on or about August 28, 2025, in the Eastern District of Texas, **Matthew Keith McBride** possessed a firearm, to wit: a Smith & Wesson, SD-9 pistol, bearing serial number FDT3951, in furtherance of the drug trafficking crime described above.

DEFENDANT 'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this statement of facts and the Indictment and have discussed them with my attorney. I fully understand the contents of this statement of facts and agree without reservation that it accurately describes the events and my acts.

Dated: 06/05/2026

MATTHEW MCBRIDE SR.
MATTHEW KEITH MCBRIDE
Defendant

COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

9. I have read this Statement of Facts and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the statement of facts and the indictment.

Dated: 8/26/26

MARIA TU
Attorney for the Defendant